IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHILLIP McKINZIE,<br><br>      Petitioner,<br><br>v.<br><br>EMMA WATTS, Warden,<br><br>      Respondent. | Case No. CIV-05-416-RAW |

**ORDER**

On February 19, 2008, Magistrate Judge Kimberly E. West filed a Report and Recommendation, recommending that this action (commenced by Petitioner's filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241) be in all respects dismissed. Petitioner's Receipt for the Report and Recommendation is dated March 17, 2008. Ten days have passed, and Petitioner has not filed an objection. Upon review, the recommendation of the Magistrate Judge will be followed.

Accordingly, the Report and Recommendation of United States Magistrate Judge West is hereby AFFIRMED and ADOPTED as this Court's Findings and Order. Petitioner's petition pursuant to 28 U.S.C. § 2241 is hereby DISMISSED.

IT IS SO ORDERED this 28th day of March, 2008.

**Dated this 28th Day of March 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma